# STATE OF MICHIGAN

# COURT OF APPEALS

JOHNY SALMO,

        Plaintiff-Appellant,

v

HILEMAN ENTERPRISES OF MICHIGAN,
INC., GORDON HILEMAN, AND STATEWIDE
CLAIM SERVICE,

        Defendants-Appellees.

UNPUBLISHED
October 16, 2014

No. 316382
Wayne Circuit Court
LC No. 12-007223-CZ

Before: HOEKSTRA, P.J., and WILDER and FORT HOOD, JJ.

PER CURIAM.

Plaintiff, Johny Salmo, appeals as of right an order granting summary disposition to defendants Hileman Enterprises of Michigan, Inc., Gordon Hileman, and Statewide Claim Service. This Court declines to address plaintiff's arguments on appeal in any respect.

"An appellant may not . . . give issues cursory treatment with little or no citation of supporting authority." *Houghton ex rel Johnson v Keller*, 256 Mich App 336, 339; 662 NW2d 854 (2003); see also *People v Kevorkian*, 248 Mich App 373, 389; 639 NW2d 291 (2001) ("It is not enough for an appellant in his brief simply to announce a position or assert an error and then leave it up to this Court to discover and rationalize the basis for his claims, or unravel and elaborate for him his arguments, and then search for authority either to sustain or reject his position."). "An appellant's failure to properly address the merits of his assertion of error constitutes abandonment of the issue." *Houghton*, 256 Mich App at 339-340. Plaintiff's brief on appeal is wholly insufficient because of plaintiff's failure to support his claims with any authority, except one unpublished case, and the bald assertion of facts without citation to the record. Plaintiff's appeal is abandoned. *Id.*

Affirmed. Defendants, as the prevailing parties on appeal, may tax costs under MCR 7.219.

        /s/ Joel P. Hoekstra
        /s/ Kurtis T. Wilder
        /s/ Karen M. Fort Hood